IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EARNEST S. HARRIS,

    Petitioner,

v.

LEWIS, Warden,

    Respondent.
                    /

No. C 12-6536 WHA (PR)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

(Dkt. 8)

    Petitioner, a California prisoner incarcerated at Pelican Bay State Prison, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 challenging the calculation of his time credits and the validity of his sentence. His motion for a certificate of appealability is (dkt. 8) **DENIED** as premature as there has not yet been an appealable order or judgment. When and if judgment is entered against him, this court will rule on whether or not to issue a certificate of appealability. Petitioner will then have thirty days in which to appeal the judgment by filing a notice of appeal in this court. If this court denies a certificate of appealability, petitioner may then file a motion in the United States Court of Appeals for a certificate of appealability.

    **IT IS SO ORDERED.**

Dated: April __17__, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.12\HARRIS6536.COA.wpd