IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS, | No. C 12-6536 WHA (PR) |
| Petitioner, | **ORDER DENYING MOTIONS FOR DEFAULT JUDGMENT AND TO GRANT PETITION** |
| v. | |
| LEWIS, Warden, | (Dkt. 19, 25) |
| Respondent. | |

Petitioner, a California prisoner incarcerated at Pelican Bay State Prison, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 challenging the calculation of his time credits and the validity of his sentence. He has filed motions for default judgment and to grant the petition on the grounds that respondent did not timely respond to the petition. Respondent was granted an extension of time to file his answer, and he has done so in compliance with the new deadline. Accordingly, petitioner's motions are **DENIED**.

**IT IS SO ORDERED.**

Dated: May __8__, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE